# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

## IN ADMIRALTY

**In the matter of the Complaint of**

**JAMES GANG CHARTERS, LLC as
Owner and JESSE MAYER, a Purported
Owner/Owner *Pro Hac Vice* of the 2017
37' Freeman Vessel Bearing Hull
Identification Number 1GG37047E717,
For Exoneration from or Limitation of
Liability,**

      **Petitioners.**

**Case No: 8:20-cv-1859-CEH-JSS**

## ORDER

This cause comes before the Court on the Report and Recommendation filed by Magistrate Judge Amanda Sansone on May 1, 2026 (Doc. 84). In the Report and Recommendation, Magistrate Judge Sansone recommends that Petitioner's Motion for Order of Sale of the Vessel (Doc. 78) be denied without prejudice. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

      **ORDERED:**

1.     The Report and Recommendation of the Magistrate Judge (Doc. 84) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2.     Petitioner's Motion for Order of Sale of the Vessel (Doc. 78) is **denied without prejudice**.

**DONE** and **ORDERED** in Tampa, Florida on May 27, 2026.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties, if any